UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of FUN ZONE BOAT CO., INC., as owner of the vessel SHOWBOAT, for Exoneration From or Limitation of Liability | Case No. 8:19-cv-00865 DOC (DFMx)<br><br>**ORDER GRANTING LEAVE TO REMAND CASE TO STATE COURT AND TAKE ALL COURT DATES OFF CALENDAR [16]** |

On June 27, 2019, the parties filed the Stipulation and Joint Motion to Remand the Case to State Court and Take All Court Dates Off Calendar. The parties seek to remand the case to State Court and proceed in Orange County Superior Court once the Court has entered a default judgment against all non-appearing claimants.

In consideration for Plaintiff-in-Limitation's agreement that, once the Court has entered default judgment against all non-appearing claimants, the case be remanded to state court and proceed in Orange County Superior Court, Claimant ALEX AGUILAR hereby agrees that the Plaintiff-in-Limitation is protected from having to pay damages in excess of the Limitation Fund, unless and until this Federal Court denies limitation of liability through any method, including a trial

and/or motion.

This Federal Action was initiated when Plaintiff-in-Limitation filed its Limitation of Liability action herein on May 8, 2019, pursuant to 46 U.S.C. § 30501, *et seq.* [Document 1] The Court issued the Order Directing Issuance of Notice and Publication Thereof on May 13, 2019. [Document 10] The Notice to Claimants of Filing of Limitation Proceeding issued by this Court on May 14, 2019, required all claimants to file any claims and/or answers relating to the subject incident on or before June 12, 2019. [Document 11] Pursuant to the Court's May 13, 2019, Order, the Notice was published in the Los Angeles Daily Journal on May 22, 2019, May 28, 2019, June 4, 2019, and June 11, 2019, and the Notice of Publication was filed on June 19, 2019. [Document 14] Claimant ALEX AGUILAR duly filed his Answer and Claim on June 11, 2019. [Document 12] Plaintiffs-in-Limitation will timely file their Request for Clerk's Entry of Default Against All Non-Appearing Claimants.

In this single claimant case, the parties have agreed to stipulated terms in order to remand the case to state court. The full stipulations between the parties are as follows:

1. Claimant ALEX AGUILAR is the sole Claimant in this Limitation of Liability action.

2. The value of the Limitation Fund ($100,000.00) represents the value of Plaintiff-in-Limitation's interest in the subject vessel SHOWBOAT, and the claimant reserves the right to move for an increase in value before the Federal Court if necessary, pursuant to Supplemental Admiralty Rule F.

3. Claimant ALEX AGUILAR waives the right to claim any res judicata effect based on any decisions, rulings, or judgment of any other court rendered against Plaintiff-in-Limitation outside the Limitation proceeding before this Federal Court.

///

ORDER GRANTING LEAVE TO REMAND CASE TO STATE
COURT AND TAKE ALL COURT DATES OFF CALENDAR Case
No. 8:19-cv-00865 DOC (DFMx); Our File No. 8005.21

2

4. Claimant ALEX AGUILAR concedes that the District Court herein has exclusive jurisdiction to determine the Limitation of Liability issues, including but not limited to the value of the subject vessel SHOWBOAT.

5. Claimant ALEX AGUILAR hereby agrees that Plaintiff-in-Limitation is protected from having to pay damages in excess of the Limitation Fund, unless and until this Federal Court denies limited liability through any method, including a trial and/or motion.

6. The parties agree that Claimant ALEX AGUILAR can pursue his liability and damages claims in State Court and that Claimant will not seek to enforce any State Court judgment exceeding the value of the Limitation Fund until the Federal Court decides the Limitation of Liability issues.

In consideration of the above stipulations, and good cause appearing therefore, the Joint Stipulation and Motion is GRANTED and the Court hereby orders the following:

a. The Scheduling Conference currently set for July 15, 2019, at 8:30 a.m., in Courtroom 9D is taken off calendar;

b. The Federal Court action is stayed and the case is remanded to Orange County Superior Court once a default judgment against all non-appearing claimants is entered, for purposes of a determination of liability, and if necessary damages, in the State Court action pursuant to the stipulations above; and

c. Should the Court wish to monitor the progress of this case, the parties ask that a Status Conference be set for January 2020, or at an alternative date chosen by this Court.

**IT IS SO ORDERED.**

Dated: June 27, 2019

*David O. Carter*
U.S. District Court Judge
UNITED STATES DISTRICT COURT
Central District of California

ORDER GRANTING LEAVE TO REMAND CASE TO STATE COURT AND TAKE ALL COURT DATES OFF CALENDAR Case No. 8:19-cv-00865 DOC (DFMx); Our File No. 8005.21

3