UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| In the Matter of FUN ZONE BOAT CO., INC., as owner of the vessel SHOWBOAT, for Exoneration From or Limitation of Liability | Case No. 8:19-cv-00865 DOC (DFMx) **JUDGMENT [35]** |
|---|---|

Pursuant to the Court's Order Granting Plaintiff-in-Limitation's Motion for Order Granting Exoneration, dated December 17, 2020, judgment is hereby entered in favor of Plaintiff-in-Limitation FUN ZONE BOAT CO., INC.

Dated: __December 18___, 2020

_____
Hon. David O. Carter
U.S. District Court Judge
Central District of California

JUDGMENT
Case No. 8:19-cv-00865 DOC (DFMx); Our File No. 8005.21